UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBBIE HALL,                                CASE NO.: 1:14-cv-168-MW-GRJ

　　　Plaintiff,

v.

ALACHUA COUNTY HOUSING
AUTHORITY,

　　　Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Defendant, Alachua County Housing Authority, by and through its undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the parties, and that they anticipate the filing of a Joint Dismissal With Prejudice of the said claims in the above-captioned suit within 45 days of this Notice.

Respectfully submitted this ___10th___ day of February, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via CM/ECF on this 10th day of February, 2015, to: Marcy I. LaHart, Esquire, Marcy@floridaanimallawyer.com, 4804 SW 45th Street, Gainesville Florida 32608.

_____
Joseph D. Tessitore, Esquire
Florida Bar No.: 0992364
Bell & Roper, P.A.
2707 E. Jefferson Street

1

Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendant